(121 So. 918)

## Rosevelt BAKER v. STATE. (8 Div. 781.)

Court of Appeals of Alabama. April 9, 1929.

BRICKEN, P. J. Appellant was tried by the court, without a jury, upon an affidavit or complaint which charged him with the offense of violating the prohibition law. Upon the

604

evidence adduced the court pronounced him guilty and rendered judgment accordingly.

The record proper, upon which this appeal is predicated solely, is free from irregularity or error. Let the judgment of conviction appealed from stand affirmed.

Affirmed.